1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 11  TIMOTHY HILL, | CASE NO. 2:12-cv-00853-CAS-FMO |
| 12        Plaintiff, | **ORDER RE: STIPULATION RE: DISMISSAL OF ENTIRE ACTION AND ALL PARTIES, WITH PREJUDICE** |
| 13  vs. | |
| 14  DIVERSIFIED COLLECTION SERVICES, INC.; DOES 1-10, inclusive | |
| 16        Defendants. | |

Pursuant to the Stipulation, IT IS HEREBY ORDERED that the action, be dismissed with prejudice as to Defendant DIVERSIFIED COLLECTION SERVICES, INC., pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Each party shall bear its own costs and attorneys' fees.

IT IS SO ORDERED

DATED: July 10, 2012

_Christina A. Snyder_
U.S. DISTRICT COURT JUDGE